UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:25-mj-01031-RMN

CAROLINA AMESTY

### JOINT MOTION TO CONTINUE INITIAL APPEARANCE

The parties, through their undersigned counsel, respectfully request that this Court continue the Initial Appearance in this case now set for February 3, 2025, and in support of its motion states as follows:

1. On January 16, 2025, the Honorable Robert M. Norway, U.S. Magistrate Judge, issued a criminal complaint against Carolina Amesty charging her with two violations of 18 U.S.C. § 641 (theft of government property). Doc. 1. That same date, an initial appearance was set for February 3, 2025. Doc. 3.

2. The summons concerning the initial appearance was served on January 21, 2025. Doc. 6.

3. Following the service of the summons, counsel for the United States was informed by counsel for Ms. Amesty that her counsel will be unavailable due to another matter during the week of February 3, 2025, and some of the following week, but that her counsel is available on February 18, 2025.

Accordingly, the parties request that the Court continue the initial appearance to February 18, 2025.

<div style="display: flex;">

By: *[signature: Bradley J Bondi]*
Bradley Bondi, Esq.
Counsel for Carolina Amesty
Florida Bar No. 162396
Paul Hastings LLP
2050 M St NW
Washington, DC 20036
Telephone: (202) 551-1701
Facsimile: (212) 318-6601
Email: bradbondi@paulhastings.com

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney
By: */s/ Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington St., Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
Email: megan.testerman@usdoj.gov

</div>

2

U.S. v. CAROLINA AMESTY          CASE NO. 6:25-mj-01031-RMN

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ *Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: megan.testerman@usdoj.gov