UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:25-mj-01031-RMN

CAROLINA AMESTY

### WAIVER OF SPEEDY INDICTMENT/INFORMATION

I, Carolina Amesty, the above-named defendant, through undersigned counsel and after consultation with my attorney concerning my right to the return of a speedy indictment/information in this cause, hereby voluntarily and knowingly waive my right to the return of a speedy indictment/information under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, and the Sixth Amendment of the United States Constitution, from the date of this waiver, up through and including April 21, 2025. This waiver pertains to the criminal complaint filed against me on January 16, 2025, for violations of 18 U.S.C. § 641 (theft of government property).

EXECUTED this 31 day of January, 2025, in Orlando, Florida.

_____
CAROLINA AMESTY

_____
Bradley Bondi, Esq.
Counsel for Defendant