UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:25-mj-01031-RMN

CAROLINA AMESTY

**ORDER**

Upon joint motion of the parties, the Court hereby finds that there is good cause shown to grant an extension of time in which to return an indictment or file an information, that the extension would best serve the interests of justice based on the reasons stated in the parties' joint motion, and that the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

Accordingly, the Court hereby GRANTS the joint motion and finds that all time from January 21, 2025 through April 21, 2025 is tolled under 18 U.S.C. § 3161(b) and (h)(7).

IT IS HEREBY ORDERED.

Date: _____

_____
HON. ROBERT M. NORWAY
United States Magistrate Judge