UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>CAROLINA AMESTY | Case No.<br>6:25-mj-1031-RMN |

## ORDER

    This matter is before the Court without oral argument on a Joint Motion for Extension of Time by which Indictment/Information Must be Filed (Dkt. 23), filed June 15, 2025. The indictment deadline is currently June 20. Dkt. 22.

    The parties request a 63-day extension of the deadline to August 22. Dkt. 23 at 1. This is the third request to extend the deadline. *Id.* (referring to the motions filed at docket numbers 11 and 21). The criminal complaint was sworn on January 16 (Dkt. 1) and the summons returned on January 21 (Dkt. 3). And so, if the parties' request is granted, more than 210 days may pass before an indictment is returned by the grand jury or an information is filed.

    When the parties asked to continue the deadline in January, they stated:

> Counsel for the United States and the defendant are currently engaged in active discussions regarding the appropriate disposition of this

> matter and believe that continuance would serve the ends of justice by providing the parties with reasonable time for such discussions, for adequate preparation for pretrial proceedings, and for effective preparation, taking into account the exercise of diligence. Based on this information, the interests of justice would be served by the parties continuing to attempt to resolve this matter prior to grand jury presentment, indictment, and/or trial.

Dkt. 11 at 1–2. The same statement accompanied the parties' second request. Dkt. 21 at 2. It is offered again to support the parties' current request. Dkt. 23 at 2.

The Court does not agree with the parties' continued assessment that the interests of justice are served by extending the indictment deadline a third time. Sufficient time has passed for the parties to work out their differences over the "appropriate disposition of this matter." Dkt. 23 at 2. While that rationale may support a limited extension of the indictment deadline, it does not support tolling the deadline for more than 210 days.

The parties have not offered a reason why the failure to grant the requested continuance would likely make a continuation of this prosecution impossible or result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i). The parties have not explained why this case is so unusual or complex "that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits" imposed by the Speedy Trial Act. *Id.* § 3161(h)(7)(B)(ii). Nor is there any explanation why the United

States does not expect the return and filing of the indictment within the prescribed time. *Id.* § 3161(h)(7)(B)(iii). And Defendant, who is represented here by a competent and accomplished counsel, has offered no rationale why an extension of the deadline is needed to provide her with "reasonable time to obtain counsel" or "for effective preparation, taking into account the exercise of due diligence." *Id.* § 3161(h)(7)(B)(iv). In short, the Court finds that the parties have offered no factual basis, grounded in the factors found in 18 U.S.C. § 3161(h)(7)(B), to support an interests-of-justice continuance of the deadline to return an indictment or file an information.

But the Court appreciates the United States might still need some time to finish presenting this matter to a grand jury. Given the current schedule of that institution, and the need to accommodate witnesses who may need to appear there, the Court will grant a short continuance of the deadline. No further continuances will be granted unless the parties show, through a detailed factual proffer, why this matter should not advance.

Accordingly, it is **ORDERED**:

1. The Joint Motion for Extension of Time by which Indictment/Information Must be Filed (Dkt. 23) is **GRANTED in part** and **DENIED in part**;

2. The period from June 20, 2025, to and including July 23, 2025, is excludable under 18 U.S.C. § 3161(h)(7); and

- 4 -

3. The United States shall obtain an Indictment or file an Information on or before July 23, 2025.

**DONE** and **ORDERED** in Orlando, Florida, on June 20, 2025.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Counsel of Record