UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                              **CASE NO: 6:25-mj-1031-RMN**

**CAROLINA AMESTY**

AUSA: Megan Testerman and Diane Hu

Defense Attorney: Bradley Bondi, Retained Counsel

| Judge: | **ROBERT M. NORWAY**<br>United States Magistrate Judge | Date and Time: | **July 21, 2025**<br>3:29 P.M.-3:59 P.M. |
|---|---|---|---|
| Courtroom: | 4C | Total Time: | 30 minutes |
| Deputy Clerk: | L. Jernigan | Reporter: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| Interpreter: | None | Pretrial/Prob: | No Appearance |

**CLERK'S MINUTES**
**Motion to Extend Time (Doc 25)**

Case called, appearances made, procedural setting by the Court.
The parties brief the Court on matters stated in the motion.
Defense oral motion to withdraw joinder of motion at Doc 25.
Defense oral motion to dismiss the complaint.
The Court excuses defense counsel and members of the public from the courtroom (3:48 P.M.).
The Court proceeds in-camera.
The Court questions the government.
The courtroom is back in open session (3:56 P.M.)
The Court grants the motion for the reasons stated on the record. Order to be entered.
Court adjourned.