# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>CAROLINA AMESTY | Case No.<br>6:25-mj-1031-RMN |

## ORDER

This matter is before the Court without on a Renewed Motion for Extension of Time by which Indictment/Information Must be Filed (Dkt. 25), filed on July 11, 2025, by the United States. Defendant filed a response in which she urged the Court to grant requested continuance. Dkt. 31 at 1, 5.

A hearing was held on the motion on July 22, 2025. Dkt. 34 (hearing minutes). At the hearing, Defendant's counsel moved to withdraw Defendant's support for the Government's request[1] and, without presenting extensive argument, orally moved to dismiss the criminal complaint. *Id.*; *see also* Dkts. 36 (oral motion to withdraw joinder), 37 (oral motion to dismiss). I granted Defendant's oral

---

[1] Although Defendant's counsel withdrew her arguments in support of the requested continuance of the indictment deadline, he did not state on the record that Defendant intended to withdraw her written waiver of the speedy indictment deadline. *See* Dkt. 23-1 (written waiver of speedy indictment deadline through and including August 22, 2025).

motion to withdraw support for the requested continuance and denied without prejudice the motion to dismiss. Dkts. 38, 39.

For the reasons stated on the record and those provided by the United States in the motion, I find that the ends of justice served by a continuance of the deadline through and including August 22, 2025, outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Accordingly, it is **ORDERED**:

1. The Government's Motion for Extension of Time by which Indictment/Information Must be Filed (Dkt. 25) is **GRANTED**; and

2. The period from July 23, 2025, to and including August 22, 2025, is excludable under 18 U.S.C. § 3161(h)(7)[2].

**DONE** and **ORDERED** in Orlando, Florida, on July 22, 2025.

_____
ROBERT M. NORWAY
United States Magistrate Judge

Copies to:

Counsel of Record

---

[2] Given that all the time from January 21 through August 22 has been found to be excludable under 18 U.S.C. § 3161(h)(7)(A), I calculate the speedy trial deadline to be September 21, 2025.