UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:25-mj-1031-RMN

CAROLINA AMESTY

### REQUEST FOR LEAVE TO DISMISS COMPLAINT

Pursuant to Fed. R. Crim. P. 48(a), Gregory W. Kehoe, the United States Attorney for the Middle District of Florida, hereby requests leave of Court to dismiss the Complaint pending against Defendant, in the above-captioned case, without prejudice, in the interest of justice.

WHEREFORE, the United States respectfully requests that this Court grant the requested leave to dismiss the Complaint against Defendant in the above-captioned case, without prejudice, and direct the Clerk of Court to close the case as to said defendant.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: /s/ Michael P. Felicetta
MICHAEL P. FELICETTA
Assistant United States Attorney
Chief, Orlando Division
Florida Bar No. 094468
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
E-mail: Michael.Felicetta@usdoj.gov

U.S. v. CAROLINA AMESTY                                Case No. 6:25-mj-1031-RMN

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Bradley Bondi
Attorney for Defendant

                                        */s/ Michael P. Felicetta*
                                        MICHAEL P. FELICETTA
                                        Assistant United States Attorney
                                        Chief, Orlando Division
                                        Florida Bar No. 094468
                                        400 W. Washington Street, Suite 3100
                                        Orlando, Florida 32801
                                        Telephone:   (407) 648-7500
                                        E-mail:       Michael.Felicetta@usdoj.gov